# Third District Court of Appeal
## State of Florida

Opinion filed July 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0001
Lower Tribunal No. 23-20945-CA-01
_____


**City of North Miami,**
Appellant,

vs.

**Romana Villa, etc., et al.,**
Appellees.


An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

The Mosely Firm, P.A., and Joni Mosely (Pembroke Pines), for appellant.

Finlay Law Firm, and Javier A. Finlay, for appellee, Romana Villa.


Before EMAS, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Com. Carrier Corp. v. Indian River County</u>, 371 So. 2d 1010, 1021 (Fla. 1979) ("Planning level functions are generally interpreted to be those requiring basic policy decisions, while operational level functions are those that implement policy."); <u>Perez v. Dep't of Transp.</u>, 435 So. 2d 830, 831 (Fla. 1983) ("As we have previously held, a governmental entity can be liable with respect to maintenance where it has failed to maintain existing roads or traffic control devices in accordance with their original design."); <u>Emile v. Fla. Power & Light Co.</u>, 426 So. 2d 1152, 1152 (Fla. 3d DCA 1983) ("In ruling on a motion to dismiss, the trial court is confined to the allegations within the four corners of the complaint, and cases cited, must accept these allegations as true, and may not speculate as to what the true facts may be or what facts may ultimately be proved . . . ." (internal citations omitted)); <u>Osorio v. Metro. Dade Cnty.</u>, 459 So. 2d 332, 333 (Fla. 3d DCA 1984) (reversing grant of sovereign immunity as to claim predicated on stop sign allegedly installed in unauthorized location and obstructed by unmaintained tree).